UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN CORRAL, | No. 2:23-cv-01240-DJC-EFB (PC) |
| Plaintiff, | |
| v. | ORDER |
| UNKNOWN, | |
| Defendants. | |

Plaintiff is a county jail inmate proceeding without counsel in an action brought under 42 U.S.C. § 1983.  On September 25, 2024, plaintiff filed a motion asking the court to voluntarily dismiss this action, revoke his in forma pauperis status, and refund the portions of the filing fee collected thus far.  ECF No. 13.  The court granted plaintiff's request for voluntary dismissal, denied his request to refund the filing fee, and closed the case.  ECF No. 14.

Plaintiff seeks an extension of time to seek reconsideration of the court's order.  ECF No. 15.  Plaintiff's motion is GRANTED, and he shall file any motion for reconsideration within 30 days of the date of this order.

SO ORDERED.

Dated: November 27, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1